NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA W. COLLINS,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No. 2D17-4111
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____    )

Opinion filed June 29, 2018.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., KELLY, and MORRIS, JJ., Concur.